**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **GRAND JURY ORIGINAL** |
| **DEANDRE WRIGHT,**<br>**also known as "Dre,"** | : | **VIOLATIONS:**<br>**21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iv)**<br>**(Unlawful Distribution of 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine)** |
| **Defendant.** | : | **FORFEITURE**<br>**21 U.S.C. § 853(a), (p)**<br>**28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 26, 2026, within the District of Columbia, **DEANDRE WRIGHT, also known as "Dre,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II narcotic controlled substance.

> **(Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv)).

### COUNT TWO

On or about March 12, 2026, within the District of Columbia, **DEANDRE WRIGHT, also known as "Dre,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a

mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II narcotic controlled substance.

(**Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv)).

**COUNT THREE**

On or about March 26, 2026, within the District of Columbia, **DEANDRE WRIGHT, also known as "Dre,"** did unlawfully, knowingly, and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II narcotic controlled substance.

(**Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv)).

**FORFEITURE ALLEGATION**

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses.

**MONEY JUDGMENT**

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses.

**SUBSTITUTE ASSETS**

If any of the property described above as being subject to forfeiture, as a result of any act

or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:

Matthew W. Kinskey
Assistant United States Attorney and
Deputy Chief,
Violent Crime & Narcotics Trafficking Section